UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> YOUR MONEY ACCESS, LLC, et al., <br><br> Defendants. | **Civ. No. 2:07-CV-05147-ER** |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL OF RECORD**

Per Local Rule 5.1, notice is hereby served that undersigned attorney, Philip P. Tumminio, is withdrawing as counsel of record in the above matter. Mr. Tumminio is leaving the employ of Plaintiff Federal Trade Commission, and Plaintiff Federal Trade Commission will continue to be represented by its counsel of record.

In addition, the below-identified Federal Trade Commission attorney appears and will substitute for Mr. Tumminio as counsel of record in the above matter. Mr. Hanks is a member of the Bar of the District of Columbia.

> Daniel O. Hanks
> Federal Trade Commission
> 600 Pennsylvania Ave NW, Suite 286
> Washington, DC  20580
> (202) 326-2472 (phone)
> (202) 326-3395 (facsimile)
> dhanks@ftc.gov

//

//

March 11, 2010                                    Respectfully Submitted,


                                                  s/ *Philip P. Tumminio*
                                                  Philip P. Tumminio
                                                  Federal Trade Commission
                                                  600 Pennsylvania Ave, NW, Room 286
                                                  Washington, DC  20580
                                                  (202) 326-2004
                                                  (202) 326-3295 (facsimile)
                                                  ptumminio@ftc.gov

                                                  *Attorney for Federal Trade Commission*

## CERTIFICATE OF SERVICE

I certify that on March 11, 2010, I served the foregoing Notice upon the following by the methods indicated below.


                                                   s/ *Phil Tumminio*
                                                  Philip P. Tumminio
                                                  Federal Trade Commission
                                                  600 Pennsylvania Ave, NW, Room 286
                                                  Washington, DC  20580
                                                  (202) 326-2004
                                                  (202) 326-3295 (facsimile)
                                                  ptumminio@ftc.gov

                                                  *Attorney for Federal Trade Commission*

**Plaintiffs**
**Via ECF**

Philip O. Heimlich
Illinois Attorney General's Office
500 S. Second Street
Springfield, IL  62706
pheimlich@atg.state.il.us
*Attorney for State of Illinois*

Steven St. Clair
Iowa Attorney General's Office
1305 East Walnut
Des Moines, IA  50319
sstclai@ag.state.ia.us

*Attorney for State of Iowa*

John R. McGlamery
Nevada Attorney General's Office
Bureau of Consumer Protection
100 North Carson St.
Carson City, NV 89701
jmcglam@ag.nv.gov

*Attorney for State of Nevada*


David N. Kirkman
North Carolina Dept. of Justice
114 West Edenton St.
P.O. Box 629
Raleigh, NC  27602

dkirkman@ncdoj.gov

*Attorney for State of North Carolina*

Elin Alm
North Dakota Office of the Attorney General
Consumer Protection & Antitrust Div.
P.O. Box 1054
4205 State St.
Bismarck, ND 58502-1054
ealm@nd.gov

*Attorney for State of North Dakota*


Erin Leahy
Ohio Attorney General's Office
30 East Broad St., 14th Floor
Columbus, OH   43215
eleahy@ag.state.oh.us
*Attorney for State of Ohio*

Elliot Burg
Vermont Attorney General's Office
109 State St.
Montpelier, VT 05609
burg@atg.state.vt.us
*Attorney for State of Vermont*

**Defendants**

**Via ECF**
William F. Dahill
Andrew Baron
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
WDahill@WMD-LAW.com
abaron@wmd-law.com

**Via First Class Mail**
Your Money Access, LLC
4185 W. Lake Mary Blvd., #177
Lake Mary, FL  32746

**Via First Class Mail**
YMA Company, LLC
4185 W. Lake Mary Blvd., #177
Lake Mary, FL  32746

**Via ECF**
Ralph J. Kelly
McShea Tecce, P.C.
Bell Atlantic Tower
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

*Attorneys for Defendant Derrelle Janey*